JOSHUA D. KIENITZ, Bar No. 244903
jkienitz@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone:    925.932.2468
Facsimile:    925.946.9809

COURTNEY CHAMBERS, Bar No. 312011
cchambers@littler.com
KADY J. POULOS, Bar No. 348804
kpoulos@littler.com
LITTLER MENDELSON, P.C.
101 Second Street, Suite 1000
San Francisco, California 94105
Telephone:    415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CANNOVA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California Corporation; and DOES 1 through 50,<br><br>Defendants. | Case No.  2:26-cv-0321-JDP<br><br>**JOINT STIPULATION TO REMAND ACTION TO STATE COURT AND FILE A FIRST AMENDED COMPLAINT; ~~PROPOSED~~ ORDER**<br><br>Trial Date:          Not Set<br>Complaint Filed:     December 17, 2025<br>*[Solano County Superior Court Case No. CU25-11883]* |

LITTLER MENDELSON, P.C.
Treat Towers, 1255 Treat Boulevard
Suite 600
Walnut Creek, California 94597
925.932.2468

Case No. 2:26-CV-00321-JDP

JOINT STIPULATION TO REMAND ACTION TO STATE COURT AND FILE FIRST AMENDED COMPLAINT; ORDER

## <u>JOINT STIPULATION</u>

Plaintiff Robert Cannova ("Plaintiff") and Defendant Pacific Gas and Electric Company ("Defendant") (together, "Parties") through their respective counsel of record, hereby stipulate and agree as follows:

1. The Parties stipulate that the case should be remanded because the First Amended Complaint ("FAC"), attached hereto as Exhibit A, removes and dismisses all preempted claims, as outlined in Defendant's Removal (Dkt. 1), and thus removes the basis for federal jurisdiction.

2. After the case is remanded to state court, Plaintiff may file, and shall promptly file, the FAC attached hereto as Exhibit A.

3. Defendant will have 30 days within which to file a responsive pleading after the FAC is filed.

4. The Parties will bear their own costs and fees associated with the removal, this stipulation, and the filing of the FAC.

5. This stipulation resolves and moots Plaintiff's motion for remand. (Dkt. 7.)

**IT IS SO STIPULATED.**

Dated: March 17, 2026                    THE WORK JUSTICE FIRM


                                          _/s/  Aleksandra Urban_____
                                         Brent P. Marlis
                                         Garen R. Nadir
                                         Aleksandra Urban


Dated: March 17, 2026                    LITTLER MENDELSON P.C.


                                          _/s/  Kady J. Poulos_____
                                         Joshua D. Kienitz
                                         Courtney Chambers
                                         Kady J. Poulos

LITTLER MENDELSON, P.C.
Treat Towers, 1255 Treat Boulevard
Suite 600
Walnut Creek, California 94597
925.932.2468

JOINT STIPULATION TO REMAND ACTION TO STATE COURT AND FILE FIRST AMENDED COMPLAINT; ORDER

**[PROPOSED] ORDER**

The Court, having considered the stipulation of the Parties, and good cause appearing therefore, orders as follows:

1. Plaintiff is authorized to amend his complaint.

2. The Clerk of Court is directed to file on the docket a copy plaintiff's proposed first amended complaint, ECF No. 9 at 5-18.

3. This Action is remanded to Superior Court for the County of Solano.[1]

4. The Parties will bear their own costs and fees associated with removal, remand and this stipulation and order.

IT IS SO ORDERED.

Dated:   March 19, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Treat Towers, 1255 Treat Boulevard
Suite 600
Walnut Creek, California 94597
925.932.2468

---

[1] The court declines to approve the parties' request that defendant be granted thirty days to file a response to plaintiff's amended complaint.  That request is more appropriately directed to the state court upon remand.

3

JOINT STIPULATION TO REMAND ACTION TO STATE COURT AND FILE FIRST AMENDED COMPLAINT; ORDER